THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* "JOHN DOE" et al., Defendants; LEO P. BYK, Appellant.

(Argued June 3, 1936; decided July 8, 1936.)

474

*Norman Laidhold* and *William Weisman* for appellant.
*Hiram C. Todd, Special Assistant Attorney-General*
*(Franklin S. Pollak, Special Assistant Attorney-General,*
and *Edward C. Jaegerman* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.